12-05869 / 11-12574
5200 Thatcher LLC

**Final Claims Register**

*Numerical Order*

| Claim # | Claim Status | Case | Amount | Basis for Claim | Date Filed | Classification | Claimant |
|---|---|---|---|---|---|---|---|
| 27 | Pending | 5200 Thatcher, LLC (11-12574) | $1,000.00 | Taxes | 9/15/2011 | Unsecured | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| 66 | Allowed | 5200 Thatcher, LLC (11-12574) | $2,312.01 | See statement | 9/30/2011 | Unsecured | W.W. Grainger, Inc. (Deutschmann, Cindi) 7300 N. Melvina, MES17821873395, Niles, IL 60714 |
| 176 | Allowed | 5200 Thatcher, LLC (11-12574) | $5,695.29 | Parts & service | 1/17/2012 | Unsecured | Manroland Inc. c/o Mark Herman, 800 East Oak Hill Dr., Westmont, IL 60559 |
| 219 | Disallowed | 5200 Thatcher, LLC (11-12574) | $58,482.33 | Goods Sold | 1/25/2012 | Unsecured | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 219 | Disallowed | 5200 Thatcher, LLC (11-12574) | $57,595.43 | Goods Sold | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 219 | Disallowed | 5200 Thatcher, LLC (11-12574) | $57,595.43 | Goods Sold | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 387 | Pending | 5200 Thatcher, LLC (12-05869) | $ unknown | see appendix | 3/8/2012 | Unsecured | Brenda Porter Helms, solely as the Chapter 7 Trustee for the Estate of Veluchamy (11-33413) c/o Barry Chatz, Esq., Arnstein & Lehr LLP, 120 S. Riverside Plaza,12th, Chicago, IL 60606 |
| 417 | Pending | 5200 Thatcher, LLC (12-05869) | Unliquidated (see Rider) | See attached Rider | 3/9/2012 | Unsecured | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 417 | Pending | 5200 Thatcher, LLC (12-05869) | Unliquidated | See attached Rider | 3/9/2012 | Unsecured Priority | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 433 | Withdrawn | 5200 Thatcher, LLC (12-05869) | $2,185.00 | Tax preparation | 3/9/2012 | Unsecured | Bradford R. Dooley & Assoc. (Bradford R. Dooley) 209 W. Jackson Blvd., Ste. 404, Chicago, IL 60606-6934 US |
| 462 | Disallowed | 5200 Thatcher, LLC (12-05869) | $2,616,844.30 | Money Loaned | 3/11/2012 | Unsecured | Levenfeld Pearlstein LLC (Attn: Northern Trust Co.) 2 N. LaSalle St., Ste. 1300, Chicago, IL 60602-3709 |
| 462 | Disallowed | 5200 Thatcher, LLC (12-05869) | 0 | Money Loaned | 3/11/2012 | Unsecured | Levenfeld Pearlstein LLC (Attn: Northern Trust Co.) 2 N. LaSalle St., Ste. 1300, Chicago, IL 60602-3709 |
| 462 | Disallowed | 5200 Thatcher, LLC (12-05869) | $2,616,844.30 | Money Loaned | 3/11/2012 | Secured | Levenfeld Pearlstein LLC (Attn: Northern Trust Co.) 2 N. LaSalle St., Ste. 1300, Chicago, IL 60602-3709 |
| 507 | Withdrawn | 5200 Thatcher, LLC (12-05869) | 0 | Taxes | 4/23/2013 | Unsecured Priority | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| AC122-1 | Allowed | 5200 Thatcher, LLC (11-12574) | $575.42 | See attached | 12/5/2011 | Unsecured | W.W. Grainger, Inc. (Deutschmann, Cindi) 7300 N. Melvina, MES17821873395, Niles, IL 60714 |
| AC27-1 | Pending | 5200 Thatcher, LLC (11-12574) | $2,450.00 | Taxes | 11/20/2011 | Unsecured | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| AC27-2 | Disallowed | 5200 Thatcher, LLC (11-12574) | $500.00 | Taxes | 12/26/2011 | Unsecured | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |